# EXHIBIT A

# Exhibit A

## Infringement Claim Chart — U.S. Patent No. 7,673,137

System and Method for the Managed Security Control of Processes on a Computer System

**Aurora Endpoint Protection System**

| Claim 1 | Aurora Endpoint Protection System |
|---|---|
| **1[pre]: "A system for managing security of a computing device comprising:"** | To the extent the preamble is limiting, the Aurora Endpoint Protection System[1] meets the requirement "A system for managing security of a computing device comprising" literally or under the doctrine of equivalents. |

1 "Aurora Endpoint Protection System" refers to one or more of Arctic Wolf's (and its Cylance®, UpSight Security, Sevco Security, Tetra Defense, Revelstoke, Rank Software, Habitu8, and RootSecure predecessors') security-operations, endpoint-protection, EDR/MDR/XDR, network- and cloud-detection-and-response, threat-intelligence, exposure- and vulnerability-management, security-awareness, and incident-response products and services, including without limitation: (i) the Arctic Wolf® Aurora™ Platform (also marketed as the Aurora Superintelligence Platform and the Arctic Wolf Security Operations Cloud); (ii) Aurora™ Endpoint Security; (iii) Aurora™ Mobile Threat Defense; (iv) Aurora™ Focus; (v) Arctic Wolf® Managed Detection and Response (also marketed as Aurora MDR and Arctic Wolf Proactive MDR); (vi) the Aurora™ Agentic SOC; (vii) Arctic Wolf® Managed Risk and Aurora® Exposure Management; (viii) Arctic Wolf® Managed Security Awareness; (ix) Arctic Wolf® Incident Response; (x) the Arctic Wolf® Agent, Arctic Wolf® Sensors, Arctic Wolf® Appliances, and Arctic Wolf's scanners and log collectors; (xi) the Arctic Wolf® Unified Portal; (xii) Arctic Wolf® Active Response and Arctic Wolf's Technology Alliance Partner integrations; (xiii) Arctic Wolf® Threat Intelligence and Aurora™ Threat Intelligence Plus; (xiv) Arctic Wolf® Resolve; and (xv) the Aurora™ Engine as delivered through Arctic Wolf's OEM Solutions program, together with any related, bundled, embedded, predecessor, or successor products and services.

| | |
|---|---|
| | The Aurora Endpoint Protection System is an endpoint security system that manages the security of computing devices. "Aurora Endpoint Security is a comprehensive cybersecurity platform that uses artificial intelligence and machine learning to protect endpoints from malware and sophisticated threats." *See* Aurora Endpoint Security, https://docs.arcticwolf.com/en/aurora-endpoint-security. "Aurora Endpoint Security is a portfolio of advanced endpoint protection solutions that extend AI-driven prevention, detection, and response directly to the endpoint." *See* Aurora Endpoint Security Achieves 100% Threat Protection in Independent Tolly Group Evaluation, https://arcticwolf.com/resources/press-releases/aurora-endpoint-security-achieves-100-threat-protection-in-independent-tolly-group-evaluation/.<br><br>Security-management functions are performed, in part, by software installed on the computing device. "The Aurora Protect Desktop agent must be installed on a device (endpoint) to protect the device. Aurora Protect Desktop supports Windows, macOS, and Linux operating systems." *See* Architecture: Aurora Protect Desktop, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/architecture-aurora-protect-desktop. "You enable a Windows, macOS, or Linux device for Aurora Focus by installing the Aurora Focus agent alongside the Aurora Protect Desktop agent." *See* What is Aurora Focus?, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/.<br><br>On-device components manage device security by preventing malicious code from running and by detecting and responding to threats that appear at run time. "Aurora Protect Desktop detects and blocks malware before it can affect a device." *See* What is Aurora Protect Desktop?, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop. "Aurora Focus is an endpoint detection and response solution that collects and analyzes forensic |

| | |
|---|---|
| | data from devices to identify and resolve threats before they impact your organization's users and data." *See* What is Aurora Focus?, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/.<br><br>The on-device components are administered, in part, from a central console that configures agent behavior and reviews threat events across managed devices: "The cloud-based management console allows you to view various threat-related events, manage device policies to configure agents on endpoints, and manage global lists for quarantined and safe files." *See* Architecture: Aurora Protect Desktop, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/architecture-aurora-protect-desktop. "Our open Aurora platform is your foundation for unified security operations." *See* How We Make Security Work For You, https://arcticwolf.com/how-it-works/. The endpoint components run on the major desktop operating systems: "Aurora Endpoint Defense supports Windows, macOS, and Linux, using a lightweight agent designed to minimize CPU and memory impact." *See* Endpoint Security Built for Outcomes, Not Noise, https://arcticwolf.com/resources/blog/endpoint-security-built-for-outcomes-not-noise/. |
| **1[a]: "a pre-execution module operable for receiving notice from the computing device's operating system that a new program is being loaded onto the computing device;"** | The Aurora Endpoint Protection System meets the requirement "a pre-execution module operable for receiving notice from the computing device's operating system that a new program is being loaded onto the computing device" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System includes on-device prevention functionality that is invoked when a new executable file arrives on the computing device and again when that file is about to run. "When enabled, the Aurora Protect Desktop agent scans and analyzes any new or modified files for dormant threats." *See* Device policy: Malware Protection settings, |

https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-malware-protection-settings. Some controls act when an executable attempts to run: "When enabled, Aurora Protect Desktop will automatically quarantine unsafe files when they try to execute on a device." *Id.* "Auto-quarantine with execution control blocks unsafe or abnormal files when they try to execute, while Watch for new files can quarantine unsafe or abnormal files when they are detected." *Id.*

Prevention agents, including those that operate at the operating-system layer, evaluate programs before they are delivered for execution. Certain analysis is performed in the operating system and memory layers: "Aurora Protect Desktop analyzes potential file executions for malware in the OS and memory layers to prevent the delivery of malicious payloads." *See* What is Aurora Protect Desktop?, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop.

Operating-system program-load activity may be surfaced as a discrete, typed notification. "Device policy option to enable: Module Load Visibility Artifact type: File Platform: Windows Event type Description Load An application loaded a module." *See* Data structures that Aurora Focus uses to identify threats, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/enable-and-configure-aurora-focus/data-structures-that-aurora-focus-uses-to-identify-threats.

The prevention functionality also regulates the introduction of new executables onto the device: "The main objectives of application control are to deny the execution of executable files from remote or external drives, to deny the creation of new executables on the local drive, and to deny changes to existing files on the local drive." *See* Device policy: Application Control settings,

| | |
|---|---|
| | https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/device-policies/device-policy-application-control-settings. One such mechanism is an enumerated inventory against which each program is checked: "When application control is enabled, an inventory of all executable files on the local file system is generated. File execution is restricted to the files in the inventory." *Id.* A new program placed on the device after enablement is recognized and denied: "Executable files can be added to the device after application control is enabled, but the executables cannot run." *Id.*<br><br>In at least some circumstances, decisions are made before a program's code runs. "The AI engine performs static analysis on files before they execute, making decisions in about 30 milliseconds (half the time it takes you to blink)." *See* Aurora Endpoint Defense: Outcome-Driven Endpoint Security, https://interworks.com/blog/2025/09/30/aurora-endpoint-defense-outcome-driven-endpoint-security/. Arctic Wolf's own product messaging describes the same ordering: "When malicious files are identified, they are designed to be automatically blocked and quarantined, stopping ransomware and commodity malware before impact." *See* Endpoint Security Built for Outcomes, Not Noise, https://arcticwolf.com/resources/blog/endpoint-security-built-for-outcomes-not-noise/. |
| **1[b]: "a validation module coupled to the pre-execution monitor operable for determining whether the program is valid;"** | The Aurora Endpoint Protection System meets the requirement "a validation module coupled to the pre-execution monitor operable for determining whether the program is valid" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System determines whether a program is good or bad before permitting it to run: "To analyze a file, the Aurora Engine uses Endpoint Defense AI, a set of threat indicators, centroids, and a restricted and allowed list of file hashes." *See* How the Aurora Engine analyzes a file, |

| | |
|---|---|
| | https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file. The engine emits a numeric verdict on a signed scale: "A file score in a range from -1.0 (malicious) to +1.0 (benign)." *See* Scoring and threat indicators, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators. The engine also emits file characteristics related to the score: "A set of threat indicators that helps to identify the characteristics of the file that contribute to its score." *Id.*<br><br>"The score represents the confidence the Aurora Engine has that a file is good or bad." *See* Score generated by the Aurora Engine, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators/score-generated-by-the-aurora-engine. "Score Meaning Less than -0.6 Malware -0.6 to 0 Suspicious Greater than 0 Safe" *Id.*<br><br>The determination is also made deterministically by file identity. For example, hash lists are maintained that short-circuit the scoring algorithm: "The Aurora Engine can maintain a list of SHA256 file hashes that bypasses the machine-learning scoring algorithm." *See* Restricted and allowed list of file hashes, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/restricted-and-allowed-list-of-file-hashes. Membership in a list fixes the score at or toward either extreme of the scale: "If a file hash is present in the allowed list, the corresponding file is assigned a good score (1.0); if the file is present in the restricted list, the file is assigned a bad score (-1.0)." *Id.*<br><br>The verdict is recorded as a per-file classification. "The file is considered to be safe. You can add the file to the global safe list so that it will be allowed to execute and will not generate alerts when it is identified on other devices." *See* File |

| | |
|---|---|
| | classification, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/use-aurora-protect-desktop-to-manage-threats/threat-protection/file-classification. Adverse scores are presented in the same table: "The file has been identified as malicious software that is designed to disrupt, damage, or gain unauthorized access to your network, and should be removed as soon as possible." *Id.* Numeric bands separate adverse categories: "Unsafe: A file with a score ranging from 60-100. An unsafe file is one that has attributes that greatly resemble malware." *See* Unsafe and abnormal files, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/use-aurora-protect-desktop-to-manage-threats/threat-protection/unsafe-and-abnormal-files. Adjacent bands are defined similarly: "Abnormal: A file with a score ranging from 1-59. An abnormal file has a few malware attributes but less than an unsafe file and is less likely to be malware." *Id.*<br><br>The score affects how the endpoint agent reacts to the program: "The Aurora Protect services provide the threat scoring for files that are scanned by the Aurora Protect Desktop agent. The file score determines what action the agent should take for the file, based on the device policy assigned to the agent." *See* Architecture: Aurora Protect Desktop, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/architecture-aurora-protect-desktop. "The Aurora Protect Desktop agent on each endpoint maintains a secondary copy of the model that the Aurora Protect services use to score files. If the agent is unable to connect to the Aurora Protect services, the local model calculates file scores." *Id.* The device policy then applies the verdict to the program: "Malware protection settings specify how the agent handles a file when it detects a threat considered unsafe or abnormal." *See* Device policy: Malware Protection settings, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-malware- |

| | |
|---|---|
| | protection-settings. The observations that feed the score are file-specific: "Threat indicators are observations about a file or archive that the Aurora Engine has analyzed." *See* Role of threat indicators in scoring, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators/role-of-threat-indicatorsin-scoring. |
| **1[c]: "a detection module coupled to the pre-execution monitor operable for intercepting a trigger from the computing device's operating system; and"** | The Aurora Endpoint Protection System meets the requirement "a detection module coupled to the pre-execution monitor operable for intercepting a trigger from the computing device's operating system" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System includes functionality that consumes operating-system-generated activity signals and evaluates them against detection logic. "The Aurora Focus agent uses the following data sources: OS Data sources Windows CyOpticsDrv kernel driver Event tracking Security audit log macOS CyOpticsDrvOSX kernel driver Linux ZeroMQ" *See* Data structures that Aurora Focus uses to identify threats, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/enable-and-configure-aurora-focus/data-structures-that-aurora-focus-uses-to-identify-threats. "Events are the components that result in an observable change or action on a device. Events consist of two primary artifacts: the instigating artifact that initiates an action, and the target artifact that is acted on." *Id.* "Aurora Focus monitors your Windows, macOS, and Linux devices and lets you know when your organization may be under attack. Aurora Focus collects information from devices and aggregates it using cloud services to track, alert upon, and respond to malicious events as soon as they occur. Aurora Focus can stop attacks before they execute and automate investigation and response to attacks." *See* Key features of Aurora Endpoint Security, |

| | |
|---|---|
| | https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-endpoint-security/key-features-of-aurora-endpoint-security.<br><br>The activity signals consumed from the operating system are typed and include process-lifecycle and operating-system hook activity. "Start Windows macOS Linux A process started." *See* Data structures that Aurora Focus uses to identify threats, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/enable-and-configure-aurora-focus/data-structures-that-aurora-focus-uses-to-identify-threats. For example, the system enumerates capture of a specific Windows hooking interface: "Keyboard The SetWindowsHookEx API installed a hook to monitor keystroke messages." *Id.* Arctic Wolf further enumerates a module-load event that fires when a program is being brought into memory: "Load An application loaded a module." *See* Data structures that Aurora Focus uses to identify threats, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/enable-and-configure-aurora-focus/data-structures-that-aurora-focus-uses-to-identify-threats.<br><br>A captured signal may be routed into an on-device analysis engine, which evaluates it against stored detection logic. "The Aurora Focus sensors detect an event. The CAE determines whether the event satisfies a detection rule." *See* Data flow: detecting and responding to events and storing event data (Aurora Focus 3.x and later), https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/data-flow-detecting-and-responding-to-events-and-storing-event-dataaurora-focus-3.x-and-later. "Aurora Focus uses the Context Analysis Engine (CAE) to analyze and correlate events as they occur on devices in near real-time. The CAE logic is stored locally on the device, which allows the |

| | |
|---|---|
| | Aurora Focus agent to monitor and track malicious or suspicious activity even if the device is not connected to the Aurora Focus cloud services.” *See* Using Aurora Focus to detect and respond to events, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events. At least some on-device analysis pathways operate before analyzed programs execute. “Aurora Protect Desktop analyzes potential file executions for ransomware and other malware in the OS and memory layers to prevent the delivery of malicious payloads.” *See* Key features of Aurora Endpoint Security, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-endpoint-security/key-features-of-aurora-endpoint-security. “The AI engine performs static analysis on files before they execute, making decisions in about 30 milliseconds (half the time it takes you to blink).” *See* Aurora Endpoint Defense: Outcome-Driven Endpoint Security (InterWorks), https://interworks.com/blog/2025/09/30/aurora-endpoint-defense-outcome-driven-endpoint-security/.<br><br>Evaluation of a captured signal culminates in a triggering output. Arctic Wolf describes the extraction and chaining of per-event artifact properties for that purpose: “The Aurora Focus CAE uses facet value extractors to identify an individual property (facet) of a single artifact that is associated with an event that Aurora Focus observed.” *See* Operands (facet value extractors), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules/create-and-manage-detection-rules-and-exclusions/operands-facet-value-extractors. “While facet value extractors are narrowly scoped by themselves, they can be strung together in a logical way to analyze complex behaviors that are occurring on a device, and to trigger a detection event.” *Id.* Rule state objects are bounded by a wait interval measured against arriving events: “This field defines how long Aurora Focus will wait for events to |

| | |
|---|---|
| | trigger the event." *See* States, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules/create-and-manage-detection-rules-and-exclusions/states. The triggering output can be produced before the identified program executes, so that an enforcement decision occurs pre-execution. "The Aurora Protect Desktop agent is able to detect the script and script path before the script is executed and block it." *See* Key features of Aurora Protect Desktop, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/key-features-of-aurora-protect-desktop. "If it receives an unsafe threat score, the script is blocked from executing." *See* Device policy: Script Control settings, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-script-control-settings. In at least some circumstances, auto-quarantine actions are tied to a program's attempt to execute: "When enabled, Aurora Protect Desktop will automatically quarantine unsafe files when they try to execute on a device." *See* Device policy: Malware Protection settings, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-malware-protection-settings.<br><br>The triggering output may be recorded per detection, along with the identity of the program that initiated the activity. "This is the name of the detection rule that was triggered." *See* Aurora Focus process-based detection events, https://docs.arcticwolf.com/en/developer-and-oem/aurora-syslog-guide/aurora-focus-detection-events/aurora-focus-process-based-detection-events. A companion field carries the initiating program: "This is the process that instigated the action." *Id.* The recorded detections are reviewable in the console: "You can use the |

| | |
|---|---|
| | management console to view and analyze the events detected by the CAE." *See* View and manage detections, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/view-and-manage-detections. |
| **1[d]: "an execution module coupled to the detection module and operable for monitoring, at the operating system kernel of the computing device, the program in response to the trigger intercepted by the detection module."** | The Aurora Endpoint Protection System meets the requirement "an execution module coupled to the detection module and operable for monitoring, at the operating system kernel of the computing device, the program in response to the trigger intercepted by the detection module" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System can monitor a program at the operating-system kernel level. "The Aurora Focus agent deploys sensors into the OS at various levels and subsystems to monitor and collect a diverse set of data that is aggregated and stored in the Aurora Focus cloud database." *See* What is Aurora Focus?, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/. "The Aurora Focus agent uses the following data sources: OS Data sources Windows CyOpticsDrv kernel driver Event tracking Security audit log macOS CyOpticsDrvOSX kernel driver Linux ZeroMQ" *See* Data structures that Aurora Focus uses to identify threats, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/enable-and-configure-aurora-focus/data-structures-that-aurora-focus-uses-to-identify-threats.<br><br>Monitoring may be carried out in reply to a triggering output. "If the Aurora Focus agent is already configured with the event response, the agent executes the response." *See* Data flow: detecting and responding to events and storing event data (Aurora Focus 3.x and later), https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/data-flow-detecting-and-responding-to-events-and-storing-event-dataaurora-focus-3.x-and-later. Agent |

| | |
|---|---|
| | action may be bound to a triggering rule: "Enforcement means any defined automated responses are applied when the detection rule is triggered." *See* Managing detection rule updates, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/behavioral-detection-engine-getting-started/managing-detection-rule-updates. Administrators bind an agent-side action to each rule: "If you want the Aurora Focus agent to execute a response action when a rule is triggered on a device, in the Response drop-down list for the rule" *See* Create a detection rule set, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/create-a-detection-rule-set.<br><br>The agent may monitor and act on a program at the process level. "Artifacts of interest define the artifacts that Aurora Focus can target when it executes automated response actions (for example, terminating processes, logging off users, or deleting files)." *See* Creating custom detection rules, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules. "When enabled, the Aurora Protect Desktop agent will stop all unsafe running processes and child processes when it detects a.exe or.dll threat." *See* Device policy: Malware Protection settings, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-malware-protection-settings.<br><br>A program's successive actions may be correlated into a chain. "The Behavioral Detection Engine uses more advanced methods for collecting and correlating data to help it identify a chain of forensically relevant events." *See* Configuring the Aurora Focus Behavioral Detection Engine, https://docs.arcticwolf.com/en/aurora- |

| | |
|---|---|
| | endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/configuring-the-aurora-focus-behavioral-detection-engine. "When Observations are enabled, the BDE instructs the Aurora Focus agent (version 3.3 or later) to watch for all behaviors that are below the alert threshold, collect any data associated with it, collect any correlated elements along the attack chain, and add the appropriate MITRE TTP tagging to that collected data." *See* Behavioral detection policies, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/behavioral-detection-engine-getting-started/behavioral-detection-policies. A resulting chain may be presented per device: "Focus data allows you to visualize and analyze the chain of events, and the associated artifacts and facets of those events, that resulted in a piece of malware or another security threat on a device." *See* View focus data, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/analyzing-data-collected-by-aurora-focus/view-focus-data.<br><br>"You can configure Aurora Focus to take automated response actions when the CAE identifies certain artifacts of interest, providing an additional layer of threat detection and prevention to complement the capabilities of Aurora Protect Desktop." *See* Using Aurora Focus to detect and respond to events, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events. The severity of the detection may govern whether and how the agent acts: "Automated response: Select the minimum severity level that must be met for detections to trigger an automated response by the agent." *See* Create a behavioral detection policy, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/configuring-the-aurora-focus-behavioral-detection-engine/create-a-behavioral-detection-policy. |