# EXHIBIT B

# Exhibit B

## Infringement Claim Chart — U.S. Patent No. 8,327,441

System and Method for Application Attestation

**Aurora Endpoint Protection System**

| Claim 1 | Aurora Endpoint Protection System Mapping |
|---|---|
| **1[pre]: "A method of providing an attestation service for an application at runtime executing on a computing** | To the extent the preamble is limiting, the Aurora Endpoint Protection System[1] meets the requirement "A method of providing an attestation service for an application at runtime executing on a computing platform using an attestation |

1 "Aurora Endpoint Protection System" refers to one or more of Arctic Wolf's (and its Cylance®, UpSight Security, Sevco Security, Tetra Defense, Revelstoke, Rank Software, Habitu8, and RootSecure predecessors') security-operations, endpoint-protection, EDR/MDR/XDR, network- and cloud-detection-and-response, threat-intelligence, exposure- and vulnerability-management, security-awareness, and incident-response products and services, including without limitation: (i) the Arctic Wolf® Aurora™ Platform (also marketed as the Aurora Superintelligence Platform and the Arctic Wolf Security Operations Cloud); (ii) Aurora™ Endpoint Security; (iii) Aurora™ Mobile Threat Defense; (iv) Aurora™ Focus; (v) Arctic Wolf® Managed Detection and Response (also marketed as Aurora MDR and Arctic Wolf Proactive MDR); (vi) the Aurora™ Agentic SOC; (vii) Arctic Wolf® Managed Risk and Aurora® Exposure Management; (viii) Arctic Wolf® Managed Security Awareness; (ix) Arctic Wolf® Incident Response; (x) the Arctic Wolf® Agent, Arctic Wolf® Sensors, Arctic Wolf® Appliances, and Arctic Wolf's scanners and log collectors; (xi) the Arctic Wolf® Unified Portal; (xii) Arctic Wolf® Active Response and Arctic Wolf's Technology Alliance Partner integrations; (xiii) Arctic Wolf® Threat Intelligence and Aurora™ Threat Intelligence Plus; (xiv) Arctic Wolf® Resolve; and (xv) the Aurora™ Engine as delivered through Arctic Wolf's OEM Solutions program, together with any related, bundled, embedded, predecessor, or successor products and services.

| | |
|---|---|
| **platform using an attestation server, comprising:”** | server, comprising” literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System provides an attestation service for an application at runtime: “To analyze a file, the Aurora Engine uses Endpoint Defense AI, a set of threat indicators, centroids, and a restricted and allowed list of file hashes.” *See* Arctic Wolf, How the Aurora Engine analyzes a file, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file. The system “assigns a reputation score, flags malicious behaviors like keylogging or code injection, and integrates easily into OEM solutions to enable proactive, embeddable threat detection.” *See* Arctic Wolf, Aurora Engine (OEM Solutions), arcticwolf.com, https://arcticwolf.com/partners/oem-solutions/aurora-engine/.<br><br>The system performs its analysis as a cloud-side service: “The Aurora Endpoint Security cloud services are the brain power behind each Aurora Endpoint Security feature. The cloud services for different features leverage AI, machine learning, or a risk engine based on user modeling to process large volumes of complex data to identify and respond to threats.” *See* Arctic Wolf, Aurora Endpoint Security architecture, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/aurora-endpoint-security-overview/aurora-endpoint-security-architecture. The on-endpoint Aurora Protect Desktop agent complements the cloud service by analyzing files on the endpoint: “Aurora Protect Desktop analyzes potential file executions for malware in the OS and memory layers to prevent the delivery of malicious payloads.” *See* Arctic Wolf, What is Aurora Protect Desktop?, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop. |
| **1[a]: “receiving, by the attestation server remote from the computing platform: a** | The Aurora Endpoint Protection System meets the requirement “receiving, by the attestation server remote from the computing platform: a runtime execution context |

| | |
|---|---|
| **runtime execution context indicating attributes of the application at runtime, . . . and a security context providing security information about the application;"** | indicating attributes of the application at runtime, and a security context providing security information about the application" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Security cloud services are remote from the endpoint computing platform. "The Protect Backend is a global private data network distributed across multiple regions that enables and secures data in transit between thousands of organizations and millions of users around the world. It is designed to efficiently manage the transport of data between Arctic Wolf services and end-user devices." *See* Arctic Wolf, Aurora Endpoint Security architecture, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/aurora-endpoint-security-overview/aurora-endpoint-security-architecture. The system includes cloud-side analytical services: "The Aurora Endpoint Security cloud services are the brain power behind each Aurora Endpoint Security feature. The cloud services for different features leverage AI, machine learning, or a risk engine based on user modeling to process large volumes of complex data to identify and respond to threats." *See* Arctic Wolf, Aurora Endpoint Security architecture, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/aurora-endpoint-security-overview/aurora-endpoint-security-architecture.<br><br>The Aurora cloud services receive a runtime execution context indicating attributes of an application at runtime. "The Aurora Focus agent sends the device data that it collects to the Aurora Focus cloud services. The data is aggregated and stored in the secure Aurora Focus cloud database." *See* Arctic Wolf, How Aurora Focus collects and uses data, docs.arcticwolf.com, https://docs.arcticwolf.com/en/additional-information-about-products-and-services/aurora-endpoint-security-data-collection-and-use/how-aurora-endpoint-security-products-collect-and-use-data/how-aurora-focus-collects-and-uses-data. |

| | |
|---|---|
| | That device data indicates attributes of the running application at runtime — including, but not limited to, process artifacts (name, ID, image file path, parent process, and process attributes) and file artifacts (path, owner, hash, and file attributes): "Arctic Wolf collects the following information about endpoint process artifacts to assess the impact of" certain "activity on customer endpoints: - Name - ID - Image file path - Owner - Command line parameters - Description - Start/end date and time - Parent process - Process attributes". *See* Arctic Wolf, How Aurora Focus collects and uses data, docs.arcticwolf.com, https://docs.arcticwolf.com/en/additional-information-about-products-and-services/aurora-endpoint-security-data-collection-and-use/how-aurora-endpoint-security-products-collect-and-use-data/how-aurora-focus-collects-and-uses-data.<br><br>The Aurora cloud services also receive a security context. "The Aurora Focus agent records data fields associated with portable executable files, such as file version, import functions, and packer types." *See* Arctic Wolf, Aurora Focus optional sensors, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/analyzing-data-collected-by-aurora-focus/aurora-focus-optional-sensors. "The data gathered by this sensor is passed into the Context Analysis Engine to aid with advanced executable file analysis and is not stored in the Aurora Focus database." *See* Arctic Wolf, Aurora Focus optional sensors, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/analyzing-data-collected-by-aurora-focus/aurora-focus-optional-sensors.<br><br>Aurora Protect Desktop is an endpoint agent that produces a per-file malware score using a copy of the same model that the Aurora Protect cloud services use: "The Aurora Protect Desktop agent on each endpoint maintains a secondary copy of the model that the Aurora Protect services use to score files. If the agent is unable to |

| | |
|---|---|
| | connect to the Aurora Protect services, the local model calculates file scores." *See* Arctic Wolf, Architecture: Aurora Protect Desktop, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/architecture-aurora-protect-desktop. That score is a numerical security verdict on the application — for example, "Unsafe: A file with a score ranging from 60-100. An unsafe file is one that has attributes that greatly resemble malware." *See* Arctic Wolf, Unsafe and abnormal files, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/use-aurora-protect-desktop-to-manage-threats/threat-protection/unsafe-and-abnormal-files. The endpoint-generated score is reported to the Aurora cloud services and surfaced in the cloud-based management console for administrator review; the console is documented to display the per-file risk determination remotely from the endpoint.<br><br>The endpoint also transmits unfamiliar executables to the cloud, where deeper analysis occurs: "When enabled, Aurora Protect Desktop will automatically upload unfamiliar executable files that it detects to the Aurora Protect cloud services to perform a deeper analysis of the file and provide additional data on the detection to assist with manual analysis and triage." *See* Arctic Wolf, Device policy: Malware Protection settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-malware-protection-settings. The Aurora cloud services then generate the per-file threat: "The Aurora Protect services provide the threat scoring for files that are scanned by the Aurora Protect Desktop agent. The file score determines what action the agent should take for the file, based on the device policy assigned to the agent." *See* Arctic Wolf, Architecture: Aurora Protect Desktop, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/architecture- |

| | |
|---|---|
| | aurora-protect-desktop. "The Aurora Protect cloud services use sophisticated AI, machine learning, and efficient mathematical models to process large volumes of data from global sources, retain and continuously learn from the patterns and properties of that data, and use that data to make intelligent predictions and decisions about the risk potential of software, files, and Internet destinations in near-real time." *See* Arctic Wolf, Architecture: Aurora Protect Desktop, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/architecture-aurora-protect-desktop.<br><br>The cloud-side analytic service ingests this information, applies Endpoint Defense AI and a set of threat indicators, and produces a per-application security assessment: "To analyze a file, the Aurora Engine uses Endpoint Defense AI, a set of threat indicators, centroids, and a restricted and allowed list of file hashes." *See* Arctic Wolf, How the Aurora Engine analyzes a file, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file. "It assigns a reputation score, flags malicious behaviors like keylogging or code injection, and integrates easily into OEM solutions to enable proactive, embeddable threat detection." *See* Arctic Wolf, Aurora Engine (OEM Solutions), arcticwolf.com, https://arcticwolf.com/partners/oem-solutions/aurora-engine/. |
| **1[b]: "wherein the attributes comprise one or more executable file binaries of the application and loaded components of the application;"** | The Aurora Endpoint Protection System meets the requirement "wherein the attributes comprise one or more executable file binaries of the application and loaded components of the application" literally or under the doctrine of equivalents.<br><br>The Aurora Focus agent uploads endpoint file and process artifacts to the Aurora cloud services: "The Aurora Focus agent sends the device data that it collects to the Aurora Focus cloud services. The data is aggregated and stored in the secure |

| | |
|---|---|
| | Aurora Focus cloud database." *See* Arctic Wolf, How Aurora Focus collects and uses data, docs.arcticwolf.com, https://docs.arcticwolf.com/en/additional-information-about-products-and-services/aurora-endpoint-security-data-collection-and-use/how-aurora-endpoint-security-products-collect-and-use-data/how-aurora-focus-collects-and-uses-data. The uploaded file-artifact fields correspond to the executable file binaries of the application — including file path, creation/last-modified date, owner, file hash, alternate data stream information, file attributes, and file type: "Arctic Wolf collects the following information about endpoint file artifacts to assess the impact of" certain "activity on customer endpoints: - Path - Creation and last modified date and time - Owner - File hash (MD5 & SHA26) - Alternate data stream information - File attributes - File type". *See* Arctic Wolf, How Aurora Focus collects and uses data, docs.arcticwolf.com, https://docs.arcticwolf.com/en/additional-information-about-products-and-services/aurora-endpoint-security-data-collection-and-use/how-aurora-endpoint-security-products-collect-and-use-data/how-aurora-focus-collects-and-uses-data.<br><br>The context also includes the process-artifact fields corresponding to the running application — process name, ID, image file path, parent process, and process attributes: "Arctic Wolf collects the following information about endpoint process artifacts to assess the impact of" certain "activity on customer endpoints: - Name - ID - Image file path - Owner - Command line parameters - Description - Start/end date and time - Parent process - Process attributes". *See* Arctic Wolf, How Aurora Focus collects and uses data, docs.arcticwolf.com, https://docs.arcticwolf.com/en/additional-information-about-products-and-services/aurora-endpoint-security-data-collection-and-use/how-aurora-endpoint-security-products-collect-and-use-data/how-aurora-focus-collects-and-uses-data.<br><br>The system also captures loaded components of each executable, including its imports and packer types: "The Aurora Focus agent records data fields associated |

| | |
|---|---|
| | with portable executable files, such as file version, import functions, and packer types." *See* Arctic Wolf, Aurora Focus optional sensors, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/analyzing-data-collected-by-aurora-focus/aurora-focus-optional-sensors. Those loaded-component fields flow directly into the cloud-side execution-analysis pipeline: "The data gathered by this sensor is passed into the Context Analysis Engine to aid with advanced executable file analysis and is not stored in the Aurora Focus database." *See* Arctic Wolf, Aurora Focus optional sensors, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/analyzing-data-collected-by-aurora-focus/aurora-focus-optional-sensors.<br><br>The runtime execution context also carries executables. "The Aurora Focus agent records commands, arguments, scripts, and content from JScript, PowerShell (console and integrated scripting environment), VBScript, and VBA macro script execution." *See* Arctic Wolf, Aurora Focus optional sensors, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/analyzing-data-collected-by-aurora-focus/aurora-focus-optional-sensors.<br><br>The system also uploads unfamiliar executable files detected on the endpoint to the Aurora Protect cloud services for deeper analysis: "When enabled, Aurora Protect Desktop will automatically upload unfamiliar executable files that it detects to the Aurora Protect cloud services to perform a deeper analysis of the file and provide additional data on the detection to assist with manual analysis and triage." *See* Arctic Wolf, Device policy: Malware Protection settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-malware-protection- |

| | |
|---|---|
| | settings. "Aurora Protect Desktop only uploads and analyzes unknown files such as Portable Executable (PE), Executable and Linkable Format (ELF) and Mach Object file format (Mach-O) files." *See* Arctic Wolf, Device policy: Malware Protection settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-malware-protection-settings. "If the same unknown file is discovered on multiple devices, Aurora Protect Desktop uploads one file only from a single device for analysis, not one file per device." *See* Arctic Wolf, Device policy: Malware Protection settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-malware-protection-settings. The executable file subject to cloud-side scoring: "is transferred to the Aurora Protect cloud services (located in Northern Virginia, US) for scoring." *See* Arctic Wolf, How Aurora Protect Desktop collects and uses data, docs.arcticwolf.com, https://docs.arcticwolf.com/en/additional-information-about-products-and-services/aurora-endpoint-security-data-collection-and-use/how-aurora-endpoint-security-products-collect-and-use-data/how-aurora-protect-desktop-collects-and-uses-data. "These files are stored separately from your organization's tenant, and any attribution data is de-identified prior to analysis." *See* Arctic Wolf, How Aurora Protect Desktop collects and uses data, docs.arcticwolf.com, https://docs.arcticwolf.com/en/additional-information-about-products-and-services/aurora-endpoint-security-data-collection-and-use/how-aurora-endpoint-security-products-collect-and-use-data/how-aurora-protect-desktop-collects-and-uses-data.<br><br>The Endpoint Defense RESTful API supports at least two forms of file submission: "To explain the score for a file, the REST API uses the HTTP PUT method. Like |

| | |
|---|---|
| | scoring, the file can be provided by a file path or binary.” *See* Arctic Wolf, Explaining the score for a file, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/file-scoring-service-protocols/endpoint-defense-restful-api/explaining-the-score-for-a-file. The binary-body form transmits the raw executable file bytes to the Engine as application/octet-stream: “When using a binary rather than a path, the request looks like” a PUT to ‘/apiv1/explain’ with ‘Content-Type: application/octet-stream’, ‘Content-Length: <length>’, and the file’s ‘<binary data>’ in the body. *See* Arctic Wolf, Explaining the score for a file, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/file-scoring-service-protocols/endpoint-defense-restful-api/explaining-the-score-for-a-file.<br><br>A further, operator-initiated path independently transmits executable file binaries. “When Aurora Focus identifies a file as a potential threat, you can retrieve the file from the device for further analysis.” *See* Arctic Wolf, Key features of Aurora Focus, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/key-features-of-aurora-focus.<br><br>Aurora Protect Desktop’s ‘Copy file samples (malware)’ setting copies the executable file samples to an administrator-specified network share for further analysis: “When enabled, you specify a fully qualified network share (\\server_name\shared_folder) to store copies of file samples that are detected by Background threat detection, Watch for new files, and Auto-quarantine with execution control.” *See* Arctic Wolf, Device policy: Malware Protection settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device- |

| | |
|---|---|
| | policy/device-policy-malware-protection-settings. |
| **1[c]: "wherein the security information comprises an execution analysis of the one or more executable file binaries and the loaded components;"** | The Aurora Endpoint Protection System meets the requirement "wherein the security information comprises an execution analysis of the one or more executable file binaries and the loaded components" literally or under the doctrine of equivalents.<br><br>The received security context comprises an execution analysis of the executable file binaries and their loaded components. The Portable Executable Parsing sensor extracts binary-level and loaded-component features directly from the portable-executable file — the imports (loaded components), packer types (loaded transformations), and file version: "The Aurora Focus agent records data fields associated with portable executable files, such as file version, import functions, and packer types." *See* Arctic Wolf, Aurora Focus optional sensors, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/analyzing-data-collected-by-aurora-focus/aurora-focus-optional-sensors. Those PE-parser features are then passed to the cloud-side Context Analysis Engine for analysis: "The data gathered by this sensor is passed into the Context Analysis Engine to aid with advanced executable file analysis and is not stored in the Aurora Focus database." *See* Arctic Wolf, Aurora Focus optional sensors, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/analyzing-data-collected-by-aurora-focus/aurora-focus-optional-sensors.<br><br>The system also analyzes files using Endpoint Defense AI, a set of threat indicators, centroids, and hash lists: "To analyze a file, the Aurora Engine uses Endpoint Defense AI, a set of threat indicators, centroids, and a restricted and allowed list of file hashes." *See* Arctic Wolf, How the Aurora Engine analyzes a file, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and- |

| | |
|---|---|
| | oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file. The Engine’s published ingest protocol confirms that the file the Engine analyzes is the executable file binary itself — supplied to the Engine as the payload of an HTTP request: “When using a binary rather than a path, the request looks like” a PUT to ‘/apiv1/explain’ with ‘Content-Type: application/octet-stream’, ‘Content-Length: <length>’, and the file’s ‘<binary data>’ in the body. *See* Arctic Wolf, Explaining the score for a file, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/file-scoring-service-protocols/endpoint-defense-restful-api/explaining-the-score-for-a-file. The system “assigns a reputation score, flags malicious behaviors like keylogging or code injection, and integrates easily into OEM solutions to enable proactive, embeddable threat detection.” *See* Arctic Wolf, Aurora Engine (OEM Solutions), arcticwolf.com, https://arcticwolf.com/partners/oem-solutions/aurora-engine/.<br><br>The system also analyzes executable binaries and loaded components at runtime. “Memory protection settings specify how the agent handles memory exploits, including process injections and escalations.” *See* Arctic Wolf, Device policy: Memory Protection settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-memory-protection-settings. The system inspects each in-flight process call and classifies the behavior of the executing binary in real time: “When enabled, the Aurora Protect Desktop agent detects process calls that could be a threat and handles each type of process call according to the options that you configure.” *See* Arctic Wolf, Device policy: Memory Protection settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-memory-protection- |

| | |
|---|---|
| | settings. Enumerated violation types include code injection into another process using LoadLibrary and overwriting system DLLs — i.e., the loaded components of the running executable: "Detects if a process is injecting arbitrary code into a target process using an asynchronous procedure call (APC), or starting a remote thread to call LoadLibrary, or a similar function." *See* Arctic Wolf, Device policy: Memory Protection settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-memory-protection-settings.<br><br>The system's script control acts at the moment of script execution: "Script control settings specify how the agent handles the execution of scripts on Windows devices." *See* Arctic Wolf, Device policy: Script Control settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-script-control-settings. At execution time, the agent obtains a threat score from the Aurora Protect cloud services and gates execution on that score: "If the script is not already in the exclusion list, the agent obtains a threat score from the Aurora Protect cloud services. If it receives an unsafe threat score, the script is blocked from executing." *See* Arctic Wolf, Device policy: Script Control settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-script-control-settings. The Aurora cloud services perform the analysis of the script content and produce the score: "When enabled, a copy of active script and PowerShell scripts are uploaded to the Aurora Protect cloud services for threat analysis and scoring." *See* Arctic Wolf, Device policy: Script Control settings, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora- |

| | |
|---|---|
| | endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-protect-desktop/create-and-manage-a-device-policy/device-policy-script-control-settings. The destination and treatment of those uploaded executable objects is separately documented: "it is transferred to the Aurora Protect cloud services (located in Northern Virginia, US) for scoring." *See* Arctic Wolf, How Aurora Protect Desktop collects and uses data, docs.arcticwolf.com, https://docs.arcticwolf.com/en/additional-information-about-products-and-services/aurora-endpoint-security-data-collection-and-use/how-aurora-endpoint-security-products-collect-and-use-data/how-aurora-protect-desktop-collects-and-uses-data. |
| **1[d]: "generating, by the attestation server, a report indicating security risks associated with the application based on the received runtime execution context and the received security context, as an attestation result; and"** | The Aurora Endpoint Protection System meets the requirement "generating, by the attestation server, a report indicating security risks associated with the application based on the received runtime execution context and the received security context, as an attestation result" literally or under the doctrine of equivalents.<br><br>The system generates a report indicating security risks, such as those associated with applications. "A client can access two types of information from the Aurora Engine: A file score in a range from -1.0 (malicious) to +1.0 (benign). A set of threat indicators that helps to identify the characteristics of the file that contribute to its score." *See* Arctic Wolf, Scoring and threat indicators, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators.<br><br>"The score represents the confidence the Aurora Engine has that a file is good or bad. Scores returned by the Aurora Engine are decimal numbers ranging from -1.0 to +1.0." *See* Arctic Wolf, Score generated by the Aurora Engine, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators/score-generated-by-the-aurora-engine. The score is a synthesis of the |

| | |
|---|---|
| | runtime and security features the system already received: “Scoring considers not only the threat indicators, but also the relationships between these and many other characteristics of the file. Because the scoring uses complex mathematical models that operate directly on the features of the file, it is not possible to determine the score only from the threat indicators.” *See* Arctic Wolf, Score generated by the Aurora Engine, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators/score-generated-by-the-aurora-engine.<br><br>The system produces a companion threat-indicator report that identifies why the Engine flagged the file as a risk: “Threat indicators are observations about a file or archive that the Aurora Engine has analyzed. These indicators help analysts better understand why the Aurora Engine has identified a file as a risk. They provide insight into potential abuse in a quick and easy-to-use format.” *See* Arctic Wolf, Role of threat indicators in scoring, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators/role-of-threat-indicatorsin-scoring. “Aurora Engine provides a confidence score and a threat indicator report for each malware file, flagging behaviors like keylogging or code injection enabling faster analysis and decision making.” *See* Arctic Wolf, Aurora Engine (OEM Solutions), arcticwolf.com, https://arcticwolf.com/partners/oem-solutions/aurora-engine/.<br><br>The attestation result is also rendered to administrators through the Aurora Protect Desktop file-classification report and per-file risk evaluations, which enumerate the security-risk categories the cloud analysis produced for each file: “The file has been identified as malicious software that is designed to disrupt, damage, or gain unauthorized access to your network, and should be removed as soon as possible.” *See* Arctic Wolf, File classification, docs.arcticwolf.com, |

| | |
|---|---|
| | https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/use-aurora-protect-desktop-to-manage-threats/threat-protection/file-classification. The same per-file result surfaces through the risk-level evaluation feature: "You can use the management console to evaluate the risk level of a file, as analyzed and determined by the Aurora Protect Desktop cloud services. This feature gives you insight into how the Aurora Protect Desktop agent would classify a file that it identifies on a device." *See* Arctic Wolf, Evaluate the risk level of a file, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/use-aurora-protect-desktop-to-manage-threats/evaluate-the-risk-level-of-a-file. |
| **1[e]: "sending, by the attestation server, the attestation result associated with the application."** | The Aurora Endpoint Protection System meets the requirement "sending, by the attestation server, the attestation result associated with the application" literally or under the doctrine of equivalents.<br><br>The system sends the attestation result at least to the client. "A client can access two types of information from the Aurora Engine: A file score in a range from -1.0 (malicious) to +1.0 (benign). A set of threat indicators that helps to identify the characteristics of the file that contribute to its score." *See* Arctic Wolf, Scoring and threat indicators, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators.<br><br>The system returns the per-file score to the on-endpoint Aurora Protect Desktop agent, which then acts on it: "The Aurora Protect services provide the threat scoring for files that are scanned by the Aurora Protect Desktop agent. The file score determines what action the agent should take for the file, based on the device policy assigned to the agent." *See* Arctic Wolf, Architecture: Aurora Protect Desktop, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/architecture- |

| | |
|---|---|
| | aurora-protect-desktop. "The Aurora Protect cloud services use sophisticated AI, machine learning, and efficient mathematical models to process large volumes of data from global sources, retain and continuously learn from the patterns and properties of that data, and use that data to make intelligent predictions and decisions about the risk potential of software, files, and Internet destinations in near-real time." *See* Arctic Wolf, Architecture: Aurora Protect Desktop, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/architecture-aurora-protect-desktop.<br><br>An attestation result is also delivered to the customer's administrator surface through the Aurora Endpoint Security management console, which surfaces the same cloud-determined risk determination on a per-file basis: "You can use the management console to evaluate the risk level of a file, as analyzed and determined by the Aurora Protect Desktop cloud services. This feature gives you insight into how the Aurora Protect Desktop agent would classify a file that it identifies on a device." *See* Arctic Wolf, Evaluate the risk level of a file, docs.arcticwolf.com, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/use-aurora-protect-desktop-to-manage-threats/evaluate-the-risk-level-of-a-file. "Scores returned by the Aurora Engine are decimal numbers ranging from -1.0 to +1.0." *See* Arctic Wolf, Score generated by the Aurora Engine, docs.arcticwolf.com, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators/score-generated-by-the-aurora-engine. |