# EXHIBIT C

# Exhibit C

## Infringement Claim Chart — U.S. Patent No. 8,850,517

Runtime Risk Detection Based on User, Application, and System Action Sequence Correlation

**Aurora Endpoint Protection System**

| Claim 1 | Aurora Endpoint Protection System |
|---|---|
| **1[pre]: "A method for assessing runtime risk for an application program that executes on a device, comprising:"** | To the extent the preamble is limiting, the Aurora Endpoint Protection System[1] meets the requirement "A method for assessing runtime risk for an application program that executes on a device, comprising" literally or under the doctrine of |

1 "Aurora Endpoint Protection System" refers to one or more of Arctic Wolf's (and its Cylance®, UpSight Security, Sevco Security, Tetra Defense, Revelstoke, Rank Software, Habitu8, and RootSecure predecessors') security-operations, endpoint-protection, EDR/MDR/XDR, network- and cloud-detection-and-response, threat-intelligence, exposure- and vulnerability-management, security-awareness, and incident-response products and services, including without limitation: (i) the Arctic Wolf® Aurora™ Platform (also marketed as the Aurora Superintelligence Platform and the Arctic Wolf Security Operations Cloud); (ii) Aurora™ Endpoint Security; (iii) Aurora™ Mobile Threat Defense; (iv) Aurora™ Focus; (v) Arctic Wolf® Managed Detection and Response (also marketed as Aurora MDR and Arctic Wolf Proactive MDR); (vi) the Aurora™ Agentic SOC; (vii) Arctic Wolf® Managed Risk and Aurora® Exposure Management; (viii) Arctic Wolf® Managed Security Awareness; (ix) Arctic Wolf® Incident Response; (x) the Arctic Wolf® Agent, Arctic Wolf® Sensors, Arctic Wolf® Appliances, and Arctic Wolf's scanners and log collectors; (xi) the Arctic Wolf® Unified Portal; (xii) Arctic Wolf® Active Response and Arctic Wolf's Technology Alliance Partner integrations; (xiii) Arctic Wolf® Threat Intelligence and Aurora™ Threat Intelligence Plus; (xiv) Arctic Wolf® Resolve; and (xv) the Aurora™ Engine as delivered through Arctic Wolf's OEM Solutions program, together with any related, bundled, embedded, predecessor, or successor products and services.

| | |
|---|---|
| | equivalents.<br><br>The Aurora Endpoint Protection System is an endpoint detection, protection, and response platform that continuously assesses runtime risk of application programs executing on customer devices. Its endpoint components include, *e.g.*, the Aurora Focus behavioral detection agent and Aurora Protect Desktop, each installed and executed on the monitored device. "Aurora Focus is an endpoint detection and response solution that collects and analyzes forensic data from devices to identify and resolve threats before they impact your organization's users and data." *See* What Is Aurora Focus, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/. The agent runs directly on the endpoint device: "You enable a Windows, macOS, or Linux device for Aurora Focus by installing the Aurora Focus agent alongside the Aurora Protect Desktop agent. The Aurora Focus agent deploys sensors into the OS at various levels and subsystems to monitor and collect a diverse set of data that is aggregated and stored in the Aurora Focus cloud database." *Id.*<br><br>The Aurora Endpoint Protection System applies its runtime risk assessment, *e.g.*, to application programs (processes) executing on the monitored device. "Aurora Focus uses the Context Analysis Engine (CAE) to analyze and correlate events as they occur on devices in near real-time. The CAE logic is stored locally on the device, which allows the Aurora Focus agent to monitor and track malicious or suspicious activity even if the device is not connected to the Aurora Focus cloud services." *See* Using Aurora Focus to Detect and Respond to Events, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events. The Aurora cloud services perform machine-learning analysis on files: "The Aurora Protect cloud services use sophisticated AI, machine learning, and efficient mathematical models to process large volumes of data from global sources, retain and continuously learn from the patterns and properties of that data, and use that |

| | |
|---|---|
| | data to make intelligent predictions and decisions about the risk potential of software, files, and Internet destinations in near-real time." *See* Architecture: Aurora Protect Desktop, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/architecture-aurora-protect-desktop.<br><br>"Aurora Endpoint Security is a portfolio of advanced endpoint protection solutions that extend AI-driven prevention, detection, and response directly to the endpoint." *See* Aurora Endpoint Security — 100% Threat Protection press release, https://arcticwolf.com/resources/press-releases/aurora-endpoint-security-achieves-100-threat-protection-in-independent-tolly-group-evaluation/.<br><br>"The Aurora Superintelligence Platform, built on an open XDR architecture, ingests telemetry from across your environment, enriching and analyzing data to surface anomalies, threats, and incidents in real-time using data science and AI to augment our human analyst teams." *See also* How It Works, https://arcticwolf.com/how-it-works/. |
| **1[a]: "storing, in a rules database, a plurality of rules, wherein each rule identifies an action sequence"** | The Aurora Endpoint Protection System meets the requirement "storing, in a rules database, a plurality of rules" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System stores a plurality of detection rules that define action sequences to be observed on the monitored endpoint. The rules are surfaced, *e.g.*, in the Endpoint Defense management console: "In the management console, on the menu, click Focus > Configurations, then click the Rules tab." *See* Create and Manage Detection Rules and Exclusions, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules/create-and-manage-detection-rules-and-exclusions. The console groups rules by category, confirming a stored library of rules: "You can |

| | |
|---|---|
| | export detection rules from any of the following rule categories: Custom, Endpoint Defense Experimental, Endpoint Defense Exclusion, Endpoint Defense macOS Official, Endpoint Defense Windows Official." *Id.*<br><br>At least some rules identify action sequences. "States define the flow of a CAE rule, allowing Aurora Focus to statefully observe a series of events that can occur on a device." *See* States (detection rule states), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules. States are chained into ordered sequences within a rule: "This field contains a list of one or more state objects. These objects can be chained." *See* Detection Rule Set (rule field schema), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules/create-and-manage-detection-rules-and-exclusions/states.<br><br>The Context Analysis Engine (CAE) rule language is expressly designed to encode sequential, stateful behavioral patterns: "You can use the flexibility and logic of the Context Analysis Engine (CAE) to detect suspicious or malicious activity, including monitoring for broad behavior characteristics (for example, files that use certain naming patterns) or a targeted series of events (for example, a process with a certain file signature thumbprint that creates files and initiates network connections)." *See* States (detection rule states), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules.<br><br>A Detection Rules API allows rules to be created, retrieved, and enumerated: "The Aurora Focus Detection Rules API allows users to create or update rules to help monitor an organization for security threats or anomalous behavior. The flexibility |

| | |
|---|---|
| | of detection rules allows users to monitor for broad behavior characteristics or search for a targeted series of events." *See* Detection Rule API, https://docs.arcticwolf.com/en/developer-and-oem/aurora-endpoint-defense-api/detection-rule-api. The API surface treats the stored rules as an enumerable collection: "[g]etting a list of detection rules for a tenant" and "[g]etting a count of how many detection rules exist in a tenant." *Id.*<br><br>The Aurora Endpoint Protection System develops, refreshes, and versions the stored rule content: "Endpoint Defense continues to develop Aurora Focus detection rules for new and emerging threats. To streamline the time to value, and minimize the overhead required to benefit from the new rules, we have automated the deployment process." *See* Managing Detection Rule Updates, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/behavioral-detection-engine-getting-started/managing-detection-rule-updates. The refreshed content library is publicly described as: "1. Refreshed content library: A fully redesigned detection rules library focused on maximum coverage across MITRE ATT&CK techniques, ensuring high-fidelity threat identification with minimal noise." *See* Enhancing Detection and Security Efficacy with the BDE, https://arcticwolf.com/resources/blog/enhancing-detection-and-security-efficacy-with-the-behavioral-detection-engine-in-aurora-endpoint-defense/. |
| **1[b]: "storing, in a policy database, a plurality of assessment policies, wherein each assessment policy includes at least one rule of the plurality of rules"** | The Aurora Endpoint Protection System meets the requirement "storing, in a policy database, a plurality of assessment policies" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System stores a plurality of Behavioral Detection Policies: "In the Endpoint Defense console, behavioral detection policies are in the Aurora Focus > Behavioral Detection Engine menu, in the Behavioral Detection Policies tab." *See* Create a Behavioral Detection Policy, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security- |

| | |
|---|---|
| | setup/behavioral-detection-engine-getting-started/behavioral-detection-policies.<br><br>Each Behavioral Detection policy contains at least one detection rule: "The BDE policy defines which MITRE detections to apply to devices, which severity level to alert on, and when to apply automated responses. All tenants have a default policy configured which has all the MITRE detections with Alerts and Observations features enabled." *See* Behavioral Detection Policies, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/behavioral-detection-engine-getting-started/behavioral-detection-policies.<br>The policy inventory surface enumerates the number of rules included in each MITRE technique at each severity level: "A color-coded Rules section indicates how many rules are included in the technique for each severity level. The red number represents high severity rules, orange represents medium, yellow represents low, and blue represents info." *See* Behavioral Detection Policies (Getting Started), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/configuring-the-aurora-focus-behavioral-detection-engine/create-a-behavioral-detection-policy. "When you click the card for a MITRE technique, a fly out menu provides details about the technique and its detection rules, a list of associated MITRE sub-techniques, links to MITRE resources for more information, and the configuration settings for the technique." *Id.*<br><br>Detection rule sets are stored and applied via a policy: "Create and apply a detection rule set to configure the types of events that you want Aurora Focus to detect and how you want Aurora Focus to respond to those events. A default detection rule set is available to help you test and evaluate how you want to use detection rules. In the default rule set, all detection rules are turned on and automated responses and user notifications are turned off." *See* Create a Detection Rule Set, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint- |

| | |
|---|---|
| | defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/create-a-detection-rule-set. Assignment to devices is achieved by binding the rule-set-carrying policy to device policies: "In the Device Policy drop-down list, click one or more device policies that you want to assign the detection rule set to." *Id.*<br><br>Device policies may, for example, select which behavioral detection policy (and thus which rules) apply to any given endpoint: "Aurora Endpoint Security administrators use device policies to configure and define the behavior of the Aurora Protect Desktop agent, the Aurora Focus agent, and the CylancePERSONA Desktop agent on users' devices." *See* Device Policy Settings (Aurora Multi-Tenant Console), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-multi-tenant-console/managing-device-policies/device-policy-settings. "You can edit a device policy at any time to change the detection engine source (BDE policy, Detection rule set, or None), to change the assigned behavioral detection policy, or to change the operating mode (Alert only or Full enforcement)." *See also* Behavioral Detection Policies (Getting Started), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/configuring-the-aurora-focus-behavioral-detection-engine/create-a-behavioral-detection-policy.<br><br>"The Behavioral Detection Engine (BDE) uses a behavioral detection policy, which aligned with the MITRE framework, to send detection rules to your users' devices." *See* Configuring the Aurora Focus Behavioral Detection Engine, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/behavioral-detection-engine-getting-started. |
| **1[c]: "identifying, using at least one assessment policy, a runtime risk for an application program that executes on a** | The Aurora Endpoint Protection System meets the requirement "identifying, using at least one assessment policy, a runtime risk for an application program that |

| | |
|---|---|
| **device, wherein the identified runtime risk indicates a risk or threat of the identified action sequence of the application; and”** | executes on a device” literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System uses policies, such as the Behavioral Detection policies, to identify a runtime risk for a specific application program (process) executing on the monitored device. “An administrator uses the management console to configure detection rules and assigns the rules to a device policy.” *See* Data Flow — Aurora Focus 3.x and later, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/data-flow-detecting-and-responding-to-events-and-storing-event-dataaurora-focus-3.x-and-later.<br><br>Observed runtime activity is evaluated against the policy-selected rules using the Context Analysis Engine: “The Aurora Focus agent factors the detection rules into the Context Analysis Engine (CAE) that it uses to analyze and correlate events.” *Id.* The determinative rule-match step — the operation that identifies the runtime risk — is documented directly: “The CAE determines whether the event satisfies a detection rule.” *Id.*<br><br>“Aurora Focus uses the Context Analysis Engine (CAE) to analyze and correlate events as they occur on devices in near real-time. The CAE logic is stored locally on the device, which allows the Aurora Focus agent to monitor and track malicious or suspicious activity even if the device is not connected to the Aurora Focus cloud services.” *See* Using Aurora Focus to Detect and Respond to Events, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events. When a matching artifact is identified, the response is documented as an automated action driven by the same policy pipeline: “You can configure Aurora Focus to take automated response actions when the CAE identifies certain artifacts of interest, providing an additional layer of threat detection and prevention to complement the capabilities of Aurora Protect Desktop.” *Id.* |

| | |
|---|---|
| | "Enable detection alerts: Enable if you want Aurora Focus to collect telemetry data and generate alerts in the management console for detections that meet the minimum severity level for the policy." *See* Behavioral Detection Policies (Getting Started), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/configuring-the-aurora-focus-behavioral-detection-engine/create-a-behavioral-detection-policy. "You can use the management console to view and analyze the events detected by the CAE." *See* View and Manage Detections, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/view-and-manage-detections.<br><br>"The Behavioral Detection Engine leverages the proven tactics and techniques of the MITRE ATT&CK framework as the foundation for analyzing and interpreting data to detect cyber threats." *See* Behavioral Detection Engine — Getting Started, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/configuring-the-aurora-focus-behavioral-detection-engine. |
| **1[d]: "identifying, by a runtime monitor including a processing device, a behavior score for the application program that executes on the device based on the identified runtime risk,"** | The Aurora Endpoint Protection System meets the requirement "identifying, by a runtime monitor including a processing device, a behavior score for the application program that executes on the device based on the identified runtime risk" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System assigns a severity level to each detection tied to the application program that executed the corresponding runtime action sequence. The severity is emitted for each process-based detection event: "Severity [varies] This is the severity of the event: High: A malicious event that requires immediate attention Medium: A suspicious event that should be reviewed Low: An important event that may not be malicious Info: An observed event" *See* Aurora |

| | |
|---|---|
| | Focus Process-Based Detection Events (Syslog Guide), https://docs.arcticwolf.com/en/developer-and-oem/aurora-syslog-guide/aurora-focus-detection-events/aurora-focus-process-based-detection-events. Each such detection event is tied to a specific application program by Instigating Process and Target Process fields alongside the Severity field. *Id.*<br><br>The Behavioral Detection policy binds a set of MITRE-technique detection rules to the endpoint and specifies which severity level triggers alerting and automated response: "The BDE policy defines which MITRE detections to apply to devices, which severity level to alert on, and when to apply automated responses. All tenants have a default policy configured which has all the MITRE detections with Alerts and Observations features enabled." *See* Behavioral Detection Policies (Getting Started), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/behavioral-detection-engine-getting-started/behavioral-detection-policies. The console quantifies the severity-per-technique rule mix: "A color-coded Rules section indicates how many rules are included in the technique for each severity level. The red number represents high severity rules, orange represents medium, yellow represents low, and blue represents info." *See* Create a Behavioral Detection Policy — Rules section, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/configuring-the-aurora-focus-behavioral-detection-engine/create-a-behavioral-detection-policy. Severity thereby maps one-to-one from the policy-selected rule hit (the identified runtime risk) to the reported score for the application program.<br><br>The severity is a score that governs downstream system behavior: "Enable detection alerts: Enable if you want Aurora Focus to collect telemetry data and generate alerts in the management console for detections that meet the minimum severity level for the policy." *See also* Create a Behavioral Detection Policy — |

| | |
|---|---|
| | Enable detection alerts, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/configuring-the-aurora-focus-behavioral-detection-engine/create-a-behavioral-detection-policy. The severity level is presented to the customer via the detections dashboard: "You can use the management console to view and analyze the events detected by the CAE." *See* View and Manage Detections, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/view-and-manage-detections.<br><br>The Aurora Endpoint Protection System also assigns a numeric behavior score to each application program (file/process) it observes. "The Aurora Protect services provide the threat scoring for files that are scanned by the Aurora Protect Desktop agent. The file score determines what action the agent should take for the file, based on the device policy assigned to the agent." *See* Architecture: Aurora Protect Desktop, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-protect-desktop/architecture-aurora-protect-desktop. "The Aurora Protect Desktop agent on each endpoint maintains a secondary copy of the model that the Aurora Protect services use to score files. If the agent is unable to connect to the Aurora Protect services, the local model calculates file scores." *Id.*<br><br>The scored output may attach to a specific application program: "Arctic Wolf groups Aurora Protect Desktop threat alerts using the Cylance score for the threat. This helps simplify actions like automatically adding unsafe and abnormal threats to the global quarantine list using a device policy. Unsafe: A file with a score ranging from 60-100. An unsafe file is one that has attributes that greatly resemble malware." *See* Unsafe and Abnormal Files (Aurora Protect Desktop), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense- |

| | |
|---|---|
| | administrator-guide/use-aurora-protect-desktop-to-manage-threats/threat-protection/unsafe-and-abnormal-files. The scoring range is documented directly for the Aurora Engine: "A file score in a range from -1.0 (malicious) to +1.0 (benign)." *See* Scoring and Threat Indicators (Aurora Engine), https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators. The score is accompanied by a per-file threat-indicator vector: "A set of threat indicators that helps to identify the characteristics of the file that contribute to its score." *Id.*<br><br>The score is computed from observations of the application program: "These models measure millions of data points, and while some of these data points correspond to these specific indicators, the final score for a file is determined by a complex synthesis of all data points." *See* Role of Threat Indicators in Scoring, https://docs.arcticwolf.com/en/developer-and-oem/aurora-engine-integration-guide/how-the-aurora-engine-analyzes-a-file/scoring-and-threat-indicators/role-of-threat-indicatorsin-scoring.<br><br>Alerting thresholds keyed to severity are stated numerically: "Have an event.severity value greater than or equal to 5." *See also* Query Builder — event.severity $\geq$ 5 threshold, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/data-explorer/search-analyzed-logs/query-builder.<br><br>A per-asset numeric Risk Score is also computed: "Risk Score — The current risk score of the asset. The risk score range is from 0 to 10." *See* View an Asset Profile — Risk Score, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/data-collection/assets/view-an-asset-profile. |
| **1[e]: "wherein the action sequence is a sequence of at least two performed actions,** | The Aurora Endpoint Protection System meets the requirement "wherein the action sequence is a sequence of at least two performed actions, and" literally or under the |

| | |
|---|---|
| **and”** | doctrine of equivalents.<br><br>At least some detection rules are constructed as multistate rules — a sequence of at least two distinct performed actions. “Paths define how the CAE interprets the flow of multiple state objects within a rule. You use paths when a rule consists of multiple state objects (also known as a multistate rule). States define the flow of a CAE rule and allow Aurora Focus to statefully observe a series of events that occur on a device.” *See* Paths — multistate detection rule paths, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules/create-and-manage-detection-rules-and-exclusions/paths. A rule-authoring example is a two-state sequence — file drop (NewSuspiciousFile state) followed by process execution (CertUtilDecode state) — chained inside the rule’s Paths / StateNames array. *See also* Paths — Example 1 (Paths/StateNames chaining NewSuspiciousFile then CertUtilDecode), https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules/create-and-manage-detection-rules-and-exclusions/paths.<br><br>“The Behavioral Detection Engine uses more advanced methods for collecting and correlating data to help it identify a chain of forensically relevant events.” *See* Behavioral Detection Engine — Getting Started, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/configuring-the-aurora-focus-behavioral-detection-engine. “Focus data allows you to visualize and analyze the chain of events, and the associated artifacts and facets of those events, that resulted in a piece of malware or another security threat on a device.” *See* View Focus Data, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/analyzing-data-collected-by- |

| | |
|---|---|
| | aurora-focus/view-focus-data.<br><br>"While facet value extractors are narrowly scoped by themselves, they can be strung together in a logical way to analyze complex behaviors that are occurring on a device, and to trigger a detection event." *See* Operands and Facet Value Extractors, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules/create-and-manage-detection-rules-and-exclusions/operands-facet-value-extractors.<br><br>"When Observations are enabled, the BDE instructs the Aurora Focus agent (version 3.3 or later) to watch for all behaviors that are below the alert threshold, collect any data associated with it, collect any correlated elements along the attack chain, and add the appropriate MITRE TTP tagging to that collected data." *See* Create a Behavioral Detection Policy — Observations, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/behavioral-detection-engine-getting-started/behavioral-detection-policies.<br><br>The multistage nature of the Aurora Endpoint Security detection regime is publicly represented by Arctic Wolf: "Stop advanced threats at the earliest stage: Blocks a simulated multi-stage cyberattack before it can progress beyond the initial step." *See* Aurora Endpoint Security press release — multi-stage cyberattack, https://arcticwolf.com/resources/press-releases/aurora-endpoint-security-achieves-100-threat-protection-in-independent-tolly-group-evaluation/. |
| **1[f]: "each performed action is at least one of: a user action, an application action, and a system action."** | The Aurora Endpoint Protection System meets the requirement "each performed action is at least one of a user action, an application action, and a system action" literally or under the doctrine of equivalents.<br><br>The events captured by Aurora Endpoint Protection System "are the components that result in an observable change or action on a device. Events consist of two |

| | |
|---|---|
| | primary artifacts: the instigating artifact that initiates an action, and the target artifact that is acted on.” *See* Data Structures That Aurora Focus Uses to Identify Threats, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-security-setup/aurora-endpoint-security-setup-guide/setting-up-aurora-focus/enable-and-configure-aurora-focus/data-structures-that-aurora-focus-uses-to-identify-threats. Every event is anchored to the initiating user and initiating process: “Any All events record the process that generated them and the user that is associated with the action.” *Id.*<br><br>User actions are recorded as a dedicated event category: “Event: User” *Id.* Concrete user-action events are enumerated — including interactive logon: “Interactive Logon The following Windows event ID occurred: 4624 (type 2).” *Id.*<br><br>Application actions are a dedicated category: “Event: Application” *Id.* Application-level actions enumerated by Arctic Wolf include WMI operations initiated by a process: “Execute Operation A process performed a WMI operation.” *Id.* Module loads by an application: “Load An application loaded a module.” *Id.*<br><br>System actions are captured as system-level events: “KeyCreated A registry key was created.” *Id.* and “MProtect The metadata was changed for a region of memory, typically to change its status (for example, to make it executable).” *Id.*<br><br>The Data Explorer surface may expose the same user, application, and system action taxonomy for retrieval and search: “You can use Data Explorer to gather information about recent system and network events and user activities.” *See* Data Explorer, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/data-explorer.<br><br>“InstigatingProcessOwner This extractor extracts a facet from the owner associated with the instigating process of an event. It is commonly used to inspect the user who owns the process.” *See* Operands and Facet Value Extractors — |

| | |
|---|---|
| | InstigatingProcessOwner, https://docs.arcticwolf.com/en/aurora-endpoint-security/aurora-endpoint-defense-administrator-guide/using-aurora-focus-to-detect-and-respond-to-events/creating-custom-detection-rules/create-and-manage-detection-rules-and-exclusions/operands-facet-value-extractors. |