# EXHIBIT D

# Exhibit D

## Infringement Claim Chart — U.S. Patent No. 9,092,616

Systems and Methods for Threat Identification and Remediation

**Aurora Endpoint Protection System**

| Claim 1 | Aurora Endpoint Protection System |
|---|---|
| **1[pre]: "A method of providing an attestation service for providing runtime operational integrity of a system using a** | To the extent the preamble is limiting, the Aurora Endpoint Protection System[1] meets the requirement "A method of providing an attestation service for providing runtime operational integrity of a system using a computing platform comprising a |

1 "Aurora Endpoint Protection System" refers to one or more of Arctic Wolf's (and its Cylance®, UpSight Security, Sevco Security, Tetra Defense, Revelstoke, Rank Software, Habitu8, and RootSecure predecessors') security-operations, endpoint-protection, EDR/MDR/XDR, network- and cloud-detection-and-response, threat-intelligence, exposure- and vulnerability-management, security-awareness, and incident-response products and services, including without limitation: (i) the Arctic Wolf® Aurora™ Platform (also marketed as the Aurora Superintelligence Platform and the Arctic Wolf Security Operations Cloud); (ii) Aurora™ Endpoint Security; (iii) Aurora™ Mobile Threat Defense; (iv) Aurora™ Focus; (v) Arctic Wolf® Managed Detection and Response (also marketed as Aurora MDR and Arctic Wolf Proactive MDR); (vi) the Aurora™ Agentic SOC; (vii) Arctic Wolf® Managed Risk and Aurora® Exposure Management; (viii) Arctic Wolf® Managed Security Awareness; (ix) Arctic Wolf® Incident Response; (x) the Arctic Wolf® Agent, Arctic Wolf® Sensors, Arctic Wolf® Appliances, and Arctic Wolf's scanners and log collectors; (xi) the Arctic Wolf® Unified Portal; (xii) Arctic Wolf® Active Response and Arctic Wolf's Technology Alliance Partner integrations; (xiii) Arctic Wolf® Threat Intelligence and Aurora™ Threat Intelligence Plus; (xiv) Arctic Wolf® Resolve; and (xv) the Aurora™ Engine as delivered through Arctic Wolf's OEM Solutions program, together with any related, bundled, embedded, predecessor, or successor products and services.

| | |
|---|---|
| **computing platform comprising a network trust agent, an endpoint trust agent, and a trust orchestration server, the method comprising:”** | network trust agent, an endpoint trust agent, and a trust orchestration server, the method comprising” literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System provides continuous runtime security monitoring using a cloud-based platform in combination with endpoint and network sensing components. “The Aurora Superintelligence Platform combines massive real-world security data, specialized AI agents, and humans in the loop to deliver the speed, context, and trust needed to outperform both AI-only and human-only approaches.” *See* Aurora Superintelligence Platform, hero, https://arcticwolf.com/aurora-platform/. “Arctic Wolf® is a global leader in security operations, delivering the first cloud-native security operations platform to end cyber risk. Built on open XDR architecture, the Arctic Wolf Aurora Platform operates at a massive scale and combines the power of artificial intelligence with world-class security experts to provide 24×7 monitoring, detection, response, and risk management.” *See* Databricks press release, https://arcticwolf.com/resources/press-releases/arctic-wolf-scales-the-arctic-wolf-aurora-platform-on-databricks-data-intelligence-platform-to-strengthen-its-ai-powered-soc/.<br><br>Endpoint-side agents run on customer devices as part of the accused system. “Arctic Wolf® Agent is an endpoint security management tool that functions as a component of these solutions: Managed Detection and Response (MDR) — Agent forwards security-relevant event and audit logs from endpoint devices in your network to Arctic Wolf to support continuous threat monitoring. Aurora Vulnerability Management (Aurora VM) — Agent creates an inventory of endpoint devices in your network and performs routine scans to identify security risks.” *See* Arctic Wolf Agent overview, https://docs.arcticwolf.com/en/arctic-wolf-agent/arctic-wolf-agent/arctic-wolf-agent. “Aurora Focus is an endpoint detection and response solution that collects and analyzes forensic data from devices to identify and resolve threats before they impact your organization’s users and data.” |

| | |
|---|---|
| | *See* What is Aurora Focus?, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus. "The Aurora Focus agent deploys sensors into the OS at various levels and subsystems to monitor and collect a diverse set of data that is aggregated and stored in the Aurora Focus cloud database." *Id.*<br><br>Network-side agents and sensors are also deployed. "An Arctic Wolf Sensor is an external network device that performs passive network inspection and collects security-relevant data for analysis. Arctic Wolf Managed Detection and Response (MDR) uses one or more physical or virtual sensor deployments to monitor events in your network and identify potential threats." *See* Arctic Wolf Sensors, https://docs.arcticwolf.com/en/sensors-scanners-and-log-collectors/sensors/arctic-wolf-sensors.<br><br>Together the components deliver an ongoing runtime security integrity service. The Aurora Superintelligence Platform ingests telemetry on an ongoing basis: "The Aurora Superintelligence Platform, built on an open XDR architecture, ingests telemetry from across your environment, enriching and analyzing data to surface anomalies, threats, and incidents in real-time using data science and AI to augment our human analyst teams." *See* How It Works, https://arcticwolf.com/how-it-works/. The platform transforms raw telemetry across the customer's attack surface into usable signals: "The open data pipeline transforms raw telemetry from across a customer's attack surface into ready-to-use, high quality signal." *See also* open data pipeline, https://arcticwolf.com/aurora-platform/. "[S]ecurity services rely on network, endpoint, and cloud-based telemetry sources." *See* Data collection, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/data-collection.<br><br>"Arctic Wolf Agent is lightweight software installed on endpoints to collect actionable intelligence from your IT environment, scan endpoints for |

| | |
|---|---|
| | vulnerabilities and misconfigurations, and respond to threats." *See* Arctic Wolf Agent, https://arcticwolf.com/solutions/agent/. The platform integrates continuous scanner telemetry: "Arctic Wolf scanners provide continuous risk monitoring and vulnerability assessments of your environment." *See also* Scanner telemetry, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/data-collection/scanner-telemetry. The platform integrates third-party ecosystem tools: "We're compatible with other market-leading security tools, enriching telemetry collected from your existing systems with data from multiple sources to add context without needing to rip and replace products." *See also* Technology Alliance Partners, https://arcticwolf.com/partners/technology-integrations/. |
| **1[a]: "sending, by the endpoint trust agent on a monitored device, a dynamic context including endpoint events and actions of the monitored device and applications executing on the monitored device at runtime;"** | The Aurora Endpoint Protection System meets the requirement "sending, by the endpoint trust agent on a monitored device, a dynamic context including endpoint events and actions of the monitored device and applications executing on the monitored device at runtime" literally or under the doctrine of equivalents.<br><br>The Aurora Focus endpoint agent runs on the monitored device and sends event and detection data to the cloud: "The Aurora Focus agent sends the device data that it collects to the Aurora Focus cloud services. *See* Architecture: Aurora Focus, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/architecture-aurora-focus.<br><br>The agent aggregates and transmits event data on a recurring basis: "For devices with the Aurora Focus agent version 2.x and earlier, the Aurora Focus database is stored locally on the device. Version 3.0 and later automatically aggregates, stores, compresses, and sends the data to the Aurora Focus cloud database at regular intervals." *Id.* "The agent prioritizes and sends the event data to the Aurora Focus cloud services over a dedicated event channel using a secure TLS connection." *See* Data flow: Detecting and responding to events, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and- |

| | |
|---|---|
| | architecture/what-is-aurora-focus/data-flow-detecting-and-responding-to-events-and-storing-event-dataaurora-focus-3.x-and-later.; and "the agent sends the detection data to the Aurora Focus cloud services over a secure WebSocket connection." *Id.*<br><br>"The Aurora Focus agent deploys sensors into the OS at various levels and subsystems to monitor and collect a diverse set of data that is aggregated and stored in the Aurora Focus cloud database." *See* What is Aurora Focus?, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus. The sensors reach "The agent deploys sensors to the device OS to monitor and collect data that is used to identify threats and trigger automated responses." *See also* Architecture: Aurora Focus, agent description, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/architecture-aurora-focus.<br><br>"Arctic Wolf® Agent is an endpoint security management tool that functions as a component of these solutions: Managed Detection and Response (MDR) — Agent forwards security-relevant event and audit logs from endpoint devices in your network to Arctic Wolf to support continuous threat monitoring. Aurora Vulnerability Management (Aurora VM) — Agent creates an inventory of endpoint devices in your network and performs routine scans to identify security risks." *See* Arctic Wolf Agent docs, https://docs.arcticwolf.com/en/arctic-wolf-agent/arctic-wolf-agent/arctic-wolf-agent. "Arctic Wolf Agent is lightweight software installed on endpoints to collect actionable intelligence from your IT environment, scan endpoints for vulnerabilities and misconfigurations, and respond to threats." *See also* Arctic Wolf Agent, https://arcticwolf.com/solutions/agent/.<br><br>"What the Arctic Wolf Agent Monitors: Geo-location of the asset (based on GeoIP) Process tables Installed software SSL certificates Wireless networks both available and in-use Network configurations ARP table Information Installed patches |

| | |
|---|---|
| | Windows event logs System configurations" *See* What the Arctic Wolf Agent Monitors, https://arcticwolf.com/solutions/agent/. Endpoint-level threat detection is likewise expressly described as event-log-based: "Windows event log and Sysmon event monitoring provides threat detection and the ability to monitor lateral movements." *Id.* Sysmon events include, *e.g.*, process creation with command-line arguments and parent-process identifiers, network-connection initiations, file-creation and file-write events, and other runtime actions of the monitored device and applications executing on it.<br><br>The Arctic Wolf cloud-side field dictionary confirms that per-event action data captured from the monitored device is stored and queryable, including, *e.g.*, at the process, file, and network level. Process actions: "process.command_line The complete command line that started the process, including the absolute path to the executable and all command arguments. process.executable The absolute path to the process executable file." *See* Data Explorer fields — process, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/data-explorer/search-analyzed-logs/data-explorer-fields. Parent-child process relationship: "process.parent.hash.md5 process.parent.hash.sha1 process.parent.hash.sha256" *Id.* Network actions: "network.direction The direction of the network traffic." *Id.* and "network.protocol The layer seven network protocol name." *Id.*<br><br>The runtime action data sent by the endpoint agent is analyzed, and at least some events are labeled with the MITRE ATT&CK tactic it represents. The Aurora Endpoint Defense feature set includes [MITRE ATT&CK Mapping] as a documented feature: "Endpoint Detection and Response Behavioral Detection Engine Threat Hunting Tooling MITRE ATT&CK Mapping 30-Day Data Retention Playbook Automation" *See* Aurora Endpoint Defense — Features, https://arcticwolf.com/solutions/endpoint-security/. Aurora Endpoint Defense |

| | |
|---|---|
| | detects and responds to adversary tactics and techniques, not merely isolated events: "Aurora Endpoint Defense protects, detects, and responds to real malware as well as adversary tactics and techniques, through six documented use cases." *Id.* The Aurora cloud-side field dictionary confirms each analyzed event carries a MITRE ATT&CK tactic label: "threat.tactic.name The name of the tactic, according to the MITRE ATT&CK® database, that the identified threat uses." *See* Data Explorer fields — threat.tactic.name, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/data-explorer/search-analyzed-logs/data-explorer-fields.<br><br>Aurora Focus also captures the sequence of runtime actions leading up to a threat: "Focus data allows you to visualize and analyze the chain of events, and the associated artifacts and facets of those events, that resulted in a piece of malware or another security threat on a device." *See* Key features of Aurora Focus, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/key-features-of-aurora-focus. "Aurora Focus uses the Context Analysis Engine (CAE) to analyze and correlate events as they occur on devices in near-real time." *See also* Key features of Aurora Focus, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/key-features-of-aurora-focus. |
| **1[b]: "receiving, at the trust orchestration server, the dynamic context including the endpoint events of the monitored device and the applications executing on the monitored device at runtime;"** | The Aurora Endpoint Protection System meets the requirement "receiving, at the trust orchestration server, the dynamic context including the endpoint events of the monitored device and the applications executing on the monitored device at runtime" literally or under the doctrine of equivalents.<br><br>The Aurora Focus cloud services receive and process event data sent by the endpoint agent. "The Aurora Focus cloud services receive and process the event data, storing it in the secure Aurora Focus cloud database." *See* Data flow: Detecting and responding to events, https://docs.arcticwolf.com/en/aurora- |

| | |
|---|---|
| | endpoint-security/overview-and-architecture/what-is-aurora-focus/data-flow-detecting-and-responding-to-events-and-storing-event-dataaurora-focus-3.x-and-later.<br><br>At the broader platform level, the Aurora Superintelligence Platform is the receive-side aggregator of dynamic runtime telemetry from monitored devices. "[Arctic Wolf's] observation pipeline ingests logs from all systems that send log data to" *See* Observation pipeline, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/observation-pipeline. "The Aurora Platform ingests and processes more than eight trillion security observations each week and over 300 petabytes of data annually." *See also* Databricks press release, https://arcticwolf.com/resources/press-releases/arctic-wolf-scales-the-arctic-wolf-aurora-platform-on-databricks-data-intelligence-platform-to-strengthen-its-ai-powered-soc/.<br><br>The receive-and-store nature of the platform ingest is further confirmed: "Captures telemetry across the entire attack surface without data volume constraints or cloud cost concerns." *See also* Open Data Pipeline — Collect, https://arcticwolf.com/aurora-platform/. The received event data is captured on a per-log-source basis: "Last Seen — The date and time that a log was last received from the log source." *See also* Log sources, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/data-collection/log-sources.<br><br>"The platform ingests more than nine trillion telemetry events in real time each week from a wide variety of sources and integrates them through an open data pipeline." *See also* Aurora Superintelligence Platform (press release), https://arcticwolf.com/resources/press-releases/arctic-wolf-unveils-the-aurora-superintelligence-platform-to-redefine-security-for-the-age-of-ai/. |
| **1[c]: "analyzing, by the trust orchestration** | The Aurora Endpoint Protection System meets the requirement "analyzing, by the |

| | |
|---|---|
| **server, the received endpoint events;"** | trust orchestration server, the received endpoint events" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System's observation pipeline analyzes received endpoint (and other) events. "Then, the observation pipeline generates analyzed logs from raw log data processing. There are two types of analyzed logs: Observations — Generated when raw log data is parsed, normalized, enriched, and analyzed. Events — One or several correlated observations, generated through machine analysis using detection logic." *See* Observation pipeline, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/observation-pipeline.<br><br>The platform performs enrichment and analysis on ingested telemetry: "Parses, normalizes, and enriches raw telemetry with proprietary Arctic Wolf threat intelligence and tailored third-party data sources matched to each customer's unique environment." *See* Open Data Pipeline — Enrich, https://arcticwolf.com/aurora-platform/. "The Aurora Focus cloud services process the detection and provide the data that the agent requires to execute the response." *See also* Data flow, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/data-flow-detecting-and-responding-to-events-and-storing-event-dataaurora-focus-3.x-and-later.<br><br>"The Aurora Focus data analytics services offer rich interpretations of device data that you can access using the management console." *See also* Architecture: Aurora Focus, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/architecture-aurora-focus. "Aurora Focus uses the Context Analysis Engine (CAE) to analyze and correlate events as they occur on devices in near-real time." *See also* Key features of Aurora Focus, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/key-features-of-aurora-focus. |

| | |
|---|---|
| | The analysis component is expressly parsed, machine-driven, and AI-augmented: "Analyzed Observations — Observations parsed, enriched, and analyzed for security value. Events — Machine-analyzed observations of significance using detection logic." *See* View your observation pipeline, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/security-posture/view-your-observation-pipeline. "AI performs investigations in parallel across trillions of events, while humans remain in the loop for decisions that require judgment and context." *See* Managed Detection and Response (MDR), https://arcticwolf.com/solutions/managed-detection-and-response/.<br><br>The Aurora Agentic SOC uses specialized analytical agents operating on received event data: "The Aurora Agentic SOC leverages the Swarm of Experts agentic framework to orchestrate 300+ specialized agents working collaboratively." *See* MDR page, https://arcticwolf.com/solutions/managed-detection-and-response/. An agent "[a]nalyzes alerts, prioritizes threats, and focuses attention on what matters most." *See* Aurora Agentic SOC, https://arcticwolf.com/aurora-soc/. "In online mode, Aurora Engine can connect to the Aurora Platform to support intelligent predictions and decisions in near real time." *See* Aurora Engine, https://arcticwolf.com/partners/oem-solutions/aurora-engine/. |
| **1[d]: "receiving, by the trust orchestration server, third party network endpoint assessments;"** | The Aurora Endpoint Protection System meets the requirement "receiving, by the trust orchestration server, third party network endpoint assessments" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System receives third-party endpoint assessments and incorporates them into Arctic Wolf's detection and response pipeline: "Active Response for Arctic Wolf® Managed Detection and Response (MDR) enables Arctic Wolf to respond to threats detected in your environments. When an incident is detected, Arctic Wolf initiates the appropriate response action to contain, remove, or disconnect a threat from your critical infrastructure." *See* Arctic Wolf |

| | |
|---|---|
| | Active Response, opening paragraph, https://docs.arcticwolf.com/en/active-response-log-forwarding-and-security-monitoring/active-response-integrations/arctic-wolf-active-response. The response pipeline is fed by both first-party and third-party endpoint tools: "Active Response includes first- and third-party integrations for various surface areas and response actions." *Id.*<br><br>The third-party endpoint tools whose detections drive Arctic Wolf's response include, *e.g.*, "Carbon Black® CrowdStrike Falcon® FortiEDR® Microsoft Defender for Endpoint® SentinelOne Singularity Endpoint® Tanium". *Id.* (The source page presents each of these product names in a vertical list under a Host column heading and displays a registered-mark symbol immediately after each name, including after Tanium®; the quoted list above reproduces the six third-party product names in the order shown, and the registered-mark symbol after the final name has been omitted from the quoted span only.).<br><br>"Microsoft Defender XDR – A unified enterprise defense suite coordinating detection, investigation, and response across endpoints, identities, email, and cloud applications." *See* Arctic Wolf press release, Microsoft Defender XDR integration, https://arcticwolf.com/resources/press-releases/arctic-wolf-enhances-ai-powered-aurora-platform-with-new-integrations-across-endpoint-cloud-and-identity-security/. The Aurora Endpoint Protection System supports many other third-party endpoint products of the same kind: "While continuing to advance its own Aurora Endpoint Security the company also supports other tools customers may already rely on, including more than a dozen third-party endpoint solutions." *Id.* The received third-party endpoint output is incorporated into the Aurora Platform's own analysis: "Each event is enriched through AI-driven analysis before reaching Arctic Wolf's Security Operations Center, where expert analysts provide swift triage and response." *Id.*<br><br>The Aurora Endpoint Protection System ingests endpoint-detection output from |

| | |
|---|---|
| | third-party endpoint-security products: "Broadcom Symantec Endpoint Security® Endpoint Third-party API Carbon Black Cloud® Endpoint Third-party API Cisco Secure Endpoint® Endpoint Third-party API CrowdStrike Falcon® Endpoint Third-party API ESET® Endpoint Third-party API FortiEDR® Endpoint Third-party API Palo Alto Networks Cortex® Endpoint Third-party API SentinelOne Singularity Endpoint® Endpoint Third-party API Sophos Central® Endpoint Third-party API Tanium® Endpoint Third-party API ThreatDown Nebula® Endpoint Third-party API Trend Vision One Endpoint Security® Endpoint Third-party API Webroot® Endpoint Third-party API" *See* EDR Integrations table, https://docs.arcticwolf.com/en/active-response-log-forwarding-and-security-monitoring/supported-integrations/supported-integrations. "Arctic Wolf can ingest logs from a wide array of log sources, but may not have rulesets or parsing available for all sources." *Id.*<br><br>"Arctic Wolf® calculates the Risk Exposure Score of an organization based on the number of risks, scan results, and asset criticality. We use Cybersecurity & Infrastructure Security Agency (CISA) Known Exploited Vulnerabilities (KEV) to determine the exploitability of a risk." *See* Risk Exposure Score calculation, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/security-posture/risk-exposure-score-calculation. The Aurora System separately incorporates the Common Vulnerability Scoring System (CVSSv3) — a third-party severity assessment framework — as an input to vulnerability prioritization: "CVSSv3 — The Common Vulnerability Scoring System version 3 (CVSSv3) score, which is an open framework for communicating the severity of information security vulnerabilities. Arctic Wolf uses this framework as an objective metric for prioritizing vulnerabilities." *See* Risks table, CVSSv3, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/aurora-vulnerability-management/view-risks/risks-table. |

| | |
|---|---|
| | Arctic Wolf describes the Aurora System as enriching its telemetry with third-party data sources, i.e., third-party assessments about the monitored endpoints and environment: "Parses, normalizes, and enriches raw telemetry with proprietary Arctic Wolf threat intelligence and tailored third-party data sources matched to each customer's unique environment." *See* Aurora Superintelligence Platform, Open Data Pipeline, https://arcticwolf.com/aurora-platform/. Aurora Exposure Management correlates that third-party threat intelligence with customer-environment context: "Find the most important risks by correlating threat intelligence, business context, asset criticality, severity, and exploitability" *See* Aurora Exposure Management, https://arcticwolf.com/solutions/exposure-management/. "We're compatible with other market-leading security tools, enriching telemetry collected from your existing systems with data from multiple sources to add context without needing to rip and replace products." *See* Technology Alliance Partners, https://arcticwolf.com/partners/technology-integrations/. |
| **1[e]: "generating, by the trust orchestration server, temporal events based at least in part on analyzing the third party network endpoint assessments;"** | The Aurora Endpoint Protection System meets the requirement "generating, by the trust orchestration server, temporal events based at least in part on analyzing the third party network endpoint assessments" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System generates time-stamped, temporally-ordered event records based on the third-party endpoint assessments it receives. Analysis of the third-party CISA Known Exploited Vulnerabilities catalog and of third-party CVSSv3 severity input drives the Risk Exposure Score computation: "Arctic Wolf® calculates the Risk Exposure Score of an organization based on the number of risks, scan results, and asset criticality. We use Cybersecurity & Infrastructure Security Agency (CISA) Known Exploited Vulnerabilities (KEV) to determine the exploitability of a risk." *See* Risk Exposure Score calculation, |

| | |
|---|---|
| | https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/security-posture/risk-exposure-score-calculation. Analysis of the same third-party CVSSv3 severity input drives prioritization: “CVSSv3 — The Common Vulnerability Scoring System version 3 (CVSSv3) score, which is an open framework for communicating the severity of information security vulnerabilities. Arctic Wolf uses this framework as an objective metric for prioritizing vulnerabilities.” *See* Risks table, CVSSv3, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/aurora-vulnerability-management/view-risks/risks-table.<br><br>Each risk discovered by these analyses is recorded as a temporal event with time-metadata fields: “First Detected Time — The date and time when this risk was first detected.” *See* Risks table, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/aurora-vulnerability-management/view-risks/risks-table.; “Last Detected Time — The date and time when the risk was most recently detected. This value updates each time a source detects the risk.” *Id.*; “Age — The number of days since the risk was discovered.” *Id.*<br><br>The Risk Exposure Score is itself a temporal output: it updates over time as new third-party assessment inputs are received and analyzed: “The Risk Exposure Score updates automatically when new risks are found, existing risks are mitigated or accepted, or when the Common Vulnerability Scoring System (CVSS) score for the existing risks change.” *See* View your Risk Exposure Score, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/security-posture/view-your-risk-score.<br><br>“We add header information to every log line when writing raw logs into our secure S3 buckets. This header information contains key metadata about the log source. For example, we inject the date and time of log generation to enable event timeline tracking and log correlation.” *See* Observation pipeline, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified- |

| | |
|---|---|
| | portal/observation-pipeline.<br><br>Log-source arrival times are recorded to enable temporal analysis: "Last Seen — The date and time that a log was last received from the log source." *See* Log sources, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/data-collection/log-sources. The observation pipeline produces analyzed, temporal observations: "Analyzed Observations — Observations parsed, enriched, and analyzed for security value. Events — Machine-analyzed observations of significance using detection logic." *See* View your observation pipeline, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/security-posture/view-your-observation-pipeline. "Active Response for Arctic Wolf® Managed Detection and Response (MDR) enables Arctic Wolf to respond to threats detected in your environments. When an incident is detected, Arctic Wolf initiates the appropriate response action to contain, remove, or disconnect a threat from your critical infrastructure." *See* Arctic Wolf Active Response, opening paragraph, https://docs.arcticwolf.com/en/active-response-log-forwarding-and-security-monitoring/active-response-integrations/arctic-wolf-active-response. |
| **1[f]: "correlating, by the trust orchestration server, the received endpoint events and the generated temporal events; and"** | The Aurora Endpoint Protection System meets the requirement "correlating, by the trust orchestration server, the received endpoint events and the generated temporal events" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System correlates received endpoint events with generated temporal events. Arctic Wolf's observation pipeline produces "Then, the observation pipeline generates analyzed logs from raw log data processing. There are two types of analyzed logs: Observations — Generated when raw log data is parsed, normalized, enriched, and analyzed. Events — One or several correlated observations, generated through machine analysis using detection logic." *See* Observation pipeline, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/observation-pipeline. — i.e., events consist of correlated |

| | |
|---|---|
| | observations produced by machine analysis.<br><br>The Aurora Focus cloud services and endpoint agent correlate events using the Context Analysis Engine: “The Aurora Focus agent factors the detection rules into the Context Analysis Engine (CAE) that it uses to analyze and correlate events.” *See* Data flow: Detecting and responding to events, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/data-flow-detecting-and-responding-to-events-and-storing-event-dataaurora-focus-3.x-and-later. “Focus data allows you to visualize and analyze the chain of events, and the associated artifacts and facets of those events, that resulted in a piece of malware or another security threat on a device.” *See also* Key features of Aurora Focus, https://docs.arcticwolf.com/en/aurora-endpoint-security/overview-and-architecture/what-is-aurora-focus/key-features-of-aurora-focus.<br><br>Aurora correlates across sources and time to build a unified view of assets and risks: “Aurora Attack Surface Management aggregates, correlates, and deduplicates data from across the environment to create a continuously updated view of assets, users, vulnerabilities, applications, and security controls, helping teams reduce blind spots across the attack surface.” *See* Aurora Exposure Management, https://arcticwolf.com/solutions/exposure-management/. “Find the most important risks by correlating threat intelligence, business context, asset criticality, severity, and exploitability” *Id.*<br><br>The Aurora System correlates third-party endpoint output with its own detection and response pipeline. Active Response operates on the correlated result: “Active Response for Arctic Wolf® Managed Detection and Response (MDR) enables Arctic Wolf to respond to threats detected in your environments. When an incident is detected, Arctic Wolf initiates the appropriate response action to contain, remove, or disconnect a threat from your critical infrastructure.” *See* Arctic Wolf |

| | |
|---|---|
| | Active Response, opening paragraph, https://docs.arcticwolf.com/en/active-response-log-forwarding-and-security-monitoring/active-response-integrations/arctic-wolf-active-response. Third-party endpoint output is enriched through AI-driven analysis before analyst review: "Each event is enriched through AI-driven analysis before reaching Arctic Wolf's Security Operations Center, where expert analysts provide swift triage and response." *See* Aug. 5, 2025 press release, https://arcticwolf.com/resources/press-releases/arctic-wolf-enhances-ai-powered-aurora-platform-with-new-integrations-across-endpoint-cloud-and-identity-security/.<br><br>Aurora Vulnerability Management aggregates third-party endpoint assessments into a single-portal view: "Gain insight across assets, vulnerabilities, and software configurations in a single portal" *See* Aurora Exposure Management, About Aurora Vulnerability Management, https://arcticwolf.com/solutions/exposure-management/. The same single-portal view is expanded by ingesting the endpoint-agent-derived MDR dataset, so the resulting view fuses third-party vulnerability assessments with endpoint-agent events: "Increase visibility beyond a standalone vulnerability management solution by ingesting MDR data" *Id.* Aurora Attack Surface Management applies the same aggregate-and-correlate methodology at the environment level: "Aurora Attack Surface Management aggregates, correlates, and deduplicates data from across the environment to create a continuously updated view of assets, users, vulnerabilities, applications, and security controls, helping teams reduce blind spots across the attack surface." *Id.* "Find the most important risks by correlating threat intelligence, business context, asset criticality, severity, and exploitability" *Id.*<br><br>Each MDR incident is raised from a dataset that the platform assembles from a broad array of sources, including endpoint-agent output and third-party threat intelligence assessments: "The Arctic Wolf Platform collects, enriches, and |

| | |
|---|---|
| | analyzes data from a broad array of sources across your networks, endpoints, and cloud environments." *See* Managed Detection and Response FAQ, How does Arctic Wolf minimize false positives?, https://arcticwolf.com/solutions/managed-detection-and-response/faq/. "Leveraging several detection engines, various sources of threat intelligence, and machine learning, this broad dataset is further analyzed to identify suspicious activity to raise incidents" *Id.* The Aurora Platform is expressly built to combine third-party partner data with Arctic Wolf's native telemetry into a single holistic security output: "We're compatible with other market-leading security tools, enriching telemetry collected from your existing systems with data from multiple sources to add context without needing to rip and replace products." *See also* Technology Alliance Partners, https://arcticwolf.com/partners/technology-integrations/.<br><br>"The Aurora Platform ingests and processes more than eight trillion security observations each week and over 300 petabytes of data annually." *See* Databricks press release, https://arcticwolf.com/resources/press-releases/arctic-wolf-scales-the-arctic-wolf-aurora-platform-on-databricks-data-intelligence-platform-to-strengthen-its-ai-powered-soc/. The observation pipeline produces analyzed observations: "Analyzed Observations — Observations parsed, enriched, and analyzed for security value. Events — Machine-analyzed observations of significance using detection logic." *See* Observation pipeline, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/security-posture/view-your-observation-pipeline. The Aurora Platform is described as follows: "Break through noise, connect the right signals, and detect and respond to AI-powered threats at machine speed across your entire attack surface." *See* Aurora Superintelligence Platform, https://arcticwolf.com/aurora-platform/. The Aurora Agentic SOC is described as follows: "Connects signals, evidence, and context to build and advance investigations." *See* Aurora Agentic SOC, https://arcticwolf.com/aurora-soc/. |

| | |
|---|---|
| **1[g]: "generating, by the trust orchestration server, an integrity profile for the system."** | The Aurora Endpoint Protection System meets the requirement "generating, by the trust orchestration server, an integrity profile for the system" literally or under the doctrine of equivalents.<br><br>The Aurora Endpoint Protection System generates an aggregate posture output for the customer environment—the Risk Exposure Score: "Your Risk Exposure Score indicates how at risk your network environment is. The Risk Exposure Score is a weighted average of the scores of all unmitigated Medium, High, and Critical vulnerabilities within your network at a particular time." *See* View your Risk Exposure Score, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/security-posture/view-your-risk-score.<br><br>The Risk Exposure Score is computed by the platform from the results of endpoint- and network-level assessments: "Arctic Wolf® calculates the Risk Exposure Score of an organization based on the number of risks, scan results, and asset criticality. We use Cybersecurity & Infrastructure Security Agency (CISA) Known Exploited Vulnerabilities (KEV) to determine the exploitability of a risk." *See* Risk Exposure Score calculation, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/security-posture/risk-exposure-score-calculation. "The Risk Exposure Score represents the overall risk level of your organization. It takes the asset exposure score and adds a value if you have any exploited risk in your environment." *Id.* "The asset exposure score adds all of the unweighted asset scores together and applies the asset criticality to the asset score." *Id.*<br><br>The Risk Exposure Score is described as an environment-wide risk profile: "Risk Exposure Score — A score that represents the entire environment of risk in your network, with a lower number representing a lower risk level. The score includes internal and host risks." *See* View your risk metrics, https://docs.arcticwolf.com/en/arctic-wolf-unified-portal/unified-portal/aurora-vulnerability-management/view-risk-metrics. |

| | |
|---|---|
| | "Gain insight across assets, vulnerabilities, and software configurations in a single portal" *See* Aurora Exposure Management, https://arcticwolf.com/solutions/exposure-management/. The single-portal profile output is expanded by adding the MDR dataset: "Increase visibility beyond a standalone vulnerability management solution by ingesting MDR data" *Id.* Aurora Attack Surface Management describes the same style of aggregated environment-wide output as an unified view of assets, users, vulnerabilities, applications, and security controls: "Aurora Attack Surface Management aggregates, correlates, and deduplicates data from across the environment to create a continuously updated view of assets, users, vulnerabilities, applications, and security controls, helping teams reduce blind spots across the attack surface." *Id.* "Find the most important risks by correlating threat intelligence, business context, asset criticality, severity, and exploitability" *Id.*<br><br>"Identify and benchmark your risk profile against globally-accepted configuration guidelines" *See* Arctic Wolf Agent, https://arcticwolf.com/solutions/agent/. Aurora Vulnerability Management "gathers information through physical and virtual scanners. Insights derived from this information appear in the" *See* Aurora Vulnerability Management, https://docs.arcticwolf.com/en/aurora-vulnerability-management-aurora-vm/aurora-vulnerability-management. The platform draws the inputs for the profile from a broad array of sources across the customer environment: "The Arctic Wolf Platform collects, enriches, and analyzes data from a broad array of sources across your networks, endpoints, and cloud environments." *See* Managed Detection and Response FAQ, How does Arctic Wolf minimize false positives?, https://arcticwolf.com/solutions/managed-detection-and-response/faq/. The Aurora Platform enriches endpoint telemetry with data from third-party integrations: "We're compatible with other market-leading security tools, enriching telemetry collected from your existing systems with data from multiple sources to add context without needing to rip and replace products." *See* |

| | |
|---|---|
| | Technology Alliance Partners, https://arcticwolf.com/partners/technology-integrations/. |